| | |
|---|---|
| 1 | Pamela L. Schultz (SBN 269032) |
| 2 | pschultz@hinshawlaw.com<br>Erik M. Kowalewsky (SBN 205985) |
| 3 | ekowalewsky@hinshawlaw.com<br>Bradley H. Pace (SBN 302510) |
| 4 | bpace@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP |
| 5 | One California Street, 18th Floor<br>San Francisco, CA 94111 |
| 6 | Telephone: 415-362-6000<br>Facsimile: 415-834-9070 |

Attorneys for Defendant
SANTA MARIA FISHING INCORPORATED,
i/n/a and e/s/a SANTA MARIA FISHING, INC.
and SANTA MARIA FISHING, INCORPORATED

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JOE JORDAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>MARY DILEVA; VINCE DILEVA, Presumed P.R. for the Estate of Frank Colonna, Deceased; MARY DILEVA; VINCE DILEVA General Partners with Frank Colonna in SANTA MARIA FISHING, INC.; SANTA MARIA FISHING, INCORPORATED; Inactive Corporate Entities; JOHN DOES 1-20,<br><br>           Defendants. | Case No. 2:14-cv-09561-BRO-JPR and 2:15-cv-01257-BRO-JPR<br><br>Related Case No. 2:15-cv-01257-BRP-JPR<br><br>(Honorable Beverly Reid O'Connell)<br><br>**ORDER ON STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

Defendant and Plaintiff in Limitation Santa Maria Fishing Incorporated, i/n/a and e/s/a Santa Maria Fishing, Inc. and Santa Maria Fishing, Incorporated, and Plaintiff Billy Joe Jordan, through their attorneys of record, hereby give notice of their settlement of the action entitled *Jordan v. DiLeva et al.*, Case No. 2:15-cv-09561, and the related action entitled *In the Matter of the Complaint of SANTA MARIA FISHING INCORPORATED, as Owner of the Fishing Vessel SANTA*

1  *MARIA, A 79-Foot Al Larson Ship Built in 1937, Official Number 236806,*
2  *California Department of Fish and Wildlife Number 01388, for Exoneration from or*
3  *Limitation of Liability*, Case No. 2:15-cv-01257-BRO-JPR.  The parties request that
4  the Court enter a dismissal with prejudice of both actions pursuant to Fed. R. Civ. P.
5  41(a)(1)(A)(ii).

7  DATED:  November 20, 2015            HINSHAW & CULBERTSON LLP

9                                       By: /s/ *Pamela L. Schultz*
                                             Pamela L. Schultz
10                                            Erik M. Kowalewsky
                                              Bradley H. Pace
11                                            Attorneys for Defendant
                                              SANTA MARIA FISHING
12                                            INCORPORATED,
                                              i/n/a and e/s/a SANTA MARIA
13                                            FISHING, INC.
                                              and SANTA MARIA FISHING,
                                              INCORPORATED

15  DATED:  November 20, 2015           LAW OFFICE OF ANTHONY URIE,
                                        PLLC

17                                      By: /s/ *Anthony M. Urie*
                                            Anthony M. Urie
18                                          Attorneys for Plaintiff
                                            BILLY JOE JORDAN

20  DATED:  November 20, 2015           LAW OFFICE OF DAVID S. VOGEL

21                                      By: /s/ *David S. Vogel*
                                            David S. Vogel
22                                          Attorneys for Plaintiff
                                            BILLY JOE JORDAN

24      I, Pamela L. Schultz, am the ECF user whose identification and password are
25  being used to file this Stipulation and Request for Dismissal.  I hereby attest that
26  Anthony M. Urie and David S. Vogel concurred in this filing.
27      /s/ *Pamela L. Schultz*

**IT IS SO ORDERED.**
**DATED:** _November 24, 2015_

_[signature]_
UNITED STATES DISTRICT JUDGE